**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   LaMar Carver Bunts v. Sensimone B. Williams

Appellate case number:   01-17-00643-CV

Trial court case number:   2015-22036

Trial court:   247th District Court of Harris County

This Court's November 7, 2017 Order of Abatement had granted appellant's motion to abate, abated this appeal, and remanded for the trial court to enter the required written findings of fact and conclusions of law in this suit affecting the parent-child relationship. Specifically, findings and conclusions were requested regarding the trial court's order adjudicating parentage, signed on May 16, 2017, which includes, among other things, child support and possession and access to the child, in accordance with an expanded standard possession order. *See* TEX. FAM. CODE ANN. § 153.258 (West 2016). On December 21, 2017, a compliant supplemental clerk's record with the trial court's findings of fact and conclusions of law, signed on November 27, 2017, was filed in this Court.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket.

Appellant is **ORDERED** to file his appellate brief no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d).

Appellee's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).


It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually    ☐ Acting for the Court

Date: January 4, 2018